IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br><br>EDMUNDO JIMENEZ MONTIJO<br><br>WANDA SOLER BERNARDINI<br><br><br>XXX-XX-2178<br><br>XXX-XX-6493<br><br><br>**Debtor(s)** | CASE NO. 10-02205 SEK<br><br>Chapter 11 |

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**

A hearing will be held at the United States Bankruptcy Court, U.S. Post Office and Courthouse Building, Second floor, Courtroom 1, 300 Recinto Sur Street, Old San Juan, Puerto Rico on **05/19/2010 at 10:30 A.M.** to act upon the following matters:

**APPLICATION TO EMPLOY ATTORNEY FOR DEBTOR IN POSSESSION FILED BY EDGARDO MUNOZ (DKT #8) AND APPLICATION TO EMPLOY ACCOUNTANT FOR DEBTOR IN POSSESSION FILED BY DEBTOR ON BEHALF OF JM CONSULTING SERVICES, INC. (DKT #9)**

San Juan, Puerto Rico, this April 12, 2010.

                                       CELESTINO MATTA-MENDEZ
                                       Clerk of the Court

                                  BY:  **ALVIN CENTENO GONZALEZ**
                                         **Deputy Clerk**

cc:   All creditors