THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

EDMUNDO JIMENEZ MONTIJO

WANDA SOLER BERNARDINI

XXX-XX-2178

XXX-XX-6493

Debtor(s)

CASE NO. 10-02205 SEK

Chapter 11

**FILED & ENTERED ON 06/16/2010**

## ORDER

The application filed by Edgardo Muñoz, PSC, (Docket Entry 8) is approved as supplemented by docket #31. Fees and expenses remain subject to notice hearing and Court approval.

San Juan, Puerto Rico, this 16 day of June, 2010.

Sara E. De Jesus Kellogg
U.S. Bankruptcy Judge