**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re | CASE NO. 10-02205 SEK |
| EDMUNDO JIMENEZ & WANDA SOLER | |
| Debtors in possession | Chapter 11 |

**CERTIFICATE OF SERVICE**

      The undersigned HEREBY CERTIFIES that on July 15, 2010 the parties in the attached mailing matrix were served by First Class Mail – Postage Prepaid with copies of the plan, the disclosure statement, the order conditionally approving the same (and setting the confirmation hearing) filed in the above captioned case, and a ballot.

DATED: July 16, 2010

                                            EDGARDO MUÑOZ, PSC
                                            PO Box 360971
                                            San Juan, PR 00936-0971
                                            Tel. (787) 524-3888
                                            Fax (787) 524-3888

                                            **s/ EDGARDO MUÑOZ**
                                               USDC NO. 125713
                                            emunoz@emunoz.net

**Case Number:**   10-02205-SEK11

```
10-02205-SEK11|BANCO POPULAR PR |CARLOS G BATISTA JIMENEZ ESQ|PO BOX 331429|PO
10-02205-SEK11|DORAL BANK |NAYELI DIAZ FEBLES ESQ|PO BOX 70308|SAN JUAN, PR 009
10-02205-SEK11|RELIABLE FINANCIAL SERVICES |CARLOS E PEREZ PASTRANA|PO BOX 2
10-02205-SEK11|TREASURY DEPARTMENT OF THE COMMONWEALTH |FEDERAL LITIGATI
10-02205-SEK11|US TRUSTEE |EDIFICIO OCHOA|500 TANCA STREET SUITE 301|SAN JUAN,
10-02205-SEK11| |US Bankruptcy Court District of P.R.|U.S. Post Office and Courthouse Building|300
10-02205-SEK11|AEE |GPO BOX 364267|SAN JUAN, PR 00936-4267
10-02205-SEK11|BANCO POPULAR DE PUERTO RICO |MORTGAGE SERVICING DEPARTMEN
10-02205-SEK11|BANCO POPULAR DE PUERTO RICO-SPECIAL LOANS |PO BOX 362708|SAN
10-02205-SEK11|C/O Sallie Mae, Inc. |220 Lasley Ave|Wilkes-Barre, PA 18706
10-02205-SEK11|COLLECTION & MGMT ASSIST. INC |239 ARTER.HOSTOS STE.1102|SAN JUA
10-02205-SEK11|COLLECTION ADVISEMENT ASSOC |PO BOX 195162|SAN JUAN PR 00919
10-02205-SEK11|CRIM |PO BOX 195387|SAN JUAN PR 00919
10-02205-SEK11|DORAL BANK |PO BOX 70308|SAN JUAN, PR
10-02205-SEK11|DORAL MORTGAGE |P.O. BOX 70308|SAN JUAN , PR 00936
10-02205-SEK11|EDGARDO MUNOZ |GPO BOX 360971|SAN JUAN PR 00936-0971
10-02205-SEK11|EDMUNDO & WANDA JIMENEZ |HACIENDA SAN JOSE,|SANJUANERA #45|
10-02205-SEK11|ERNESTO CRUZ |PO BOX 192961|SAN JUAN, PR 00919
10-02205-SEK11|ERVIN COSS-EC IMPROV. INC |HC 07 BOX 35806|CAGUAS, PR 00727
10-02205-SEK11|Hacienda San Jos Homeowners |Association, Inc.|c/o Desk Trial Lawyers|P.O. Box 9
10-02205-SEK11|Hacienda San Jos Homeowners |Association, Inc.|c/o Desk Trial Lawyers|P.O. Box 9
10-02205-SEK11|IRS |INTERNAL REVENUE SERVICE CENTER|KANSAS CITY, MO 64999
10-02205-SEK11|NEW YORK STATE HIGHER EDUC. |99 WASHINGTON AVE|ALBANY NY 122
10-02205-SEK11|POPULAR MORTGAGE |PO BOX 362400|SAN JUAN, PR 00936
10-02205-SEK11|PREFERRED HOME |PO BOX 4069|BAYAMON, PR 00958
10-02205-SEK11|PRESCOTT COLLEGE |220 GROVE AVE|PRESCOTT AZ 86301
10-02205-SEK11|RELIABLE FINANCIAL SERVICES |PO BOX 21382|SAN JUAN PR 00928-1382
10-02205-SEK11|SALLIE MAE |PO BOX 4100|WILKES-BARRE, PA 18773
10-02205-SEK11|SEC DE HACIENDA |P.O. BOX 9024140|SAN JUAN, P.R. 00902-4140
10-02205-SEK11|TCPR-Toyota Credit de Puerto Rico Corporation |PO BOX 366251|San Juan, Puerto
10-02205-SEK11|TOYOTA CREDIT OF PR |P.O. BOX 71410|SAN JUAN, PR 00936
10-02205-SEK11|VALENTINE & KEBARTAS, INC. |PO BOX 325|LAWRENCE, MA 01842
10-02205-SEK11|EDGARDO MUNOZ |EDGARDO MUNOZ, PSC|PO BOX 360971|SAN JUAN, PR
10-02205-SEK11|EDMUNDO JIMENEZ MONTIJO |HACIENDA SAN JOSE|SANJUANERA 45|CA
10-02205-SEK11|MONSITA LECAROZ ARRIBAS |OFFICE OF THE US TRUSTEE (UST)|OCHOA
10-02205-SEK11|WANDA SOLER BERNARDINI |HACIENDA SAN JOSE|SANJUANERA 45|CAG
```

**Total Labels** 36

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/16/2010 12:31:44 | | | |
| **PACER Login:** | em2495 | **Client Code:** | edm |