# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO
### _____ DIVISION

IN RE:  EDMUNDO JIMENEZ/WANDA SOLER    }   CASE NUMBER:  10-2205(SEK)
        DBA IN BUSINESS FOR TEAM DEV.  }
                                       }
                                       }   JUDGE   HON. SARA DE JESUS
                                       }
        DEBTOR.                        }   CHAPTER 11

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
**FROM** JUNE 1, 2010 **TO** JUNE 30, 2010

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 7/30/2010

EDGARDO MUÑOZ
Attorney for Debtor

Debtor's Address
and Phone Number:
SANJUANERA 45, PLAZA MOSAI
HACIENDA SAN JOSE
CAGUAS, PR 00725

Tel.    787-469-1828

Attorney's Address
and Phone Number:
GPO BOX 360971
SAN JUAN, PR      936-0971
_____
Bar No. _____
Tel.    787-524-3888

Note:  The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources on the United States Trustee Program website,
http://www.usdoj.gov/ust/r21/reg_info.htm
1)  Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)  Initial Filing Requirements
3)  Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: EDMUNDO JIMENEZ/WANDA SOLER | 30-Jun-10 |
|---|---|
| Case Number: | 10-02205(SEK) |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

| | Month JUNE | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | $1,106.71 | $200.00 |
| CASH- Beginning of Month (Business) | $37,155.56 | ($279.45) |
| | | |
| Total Household Receipts | $5,624.51 | $20,560.95 |
| Total Business Receipts | $13,538.00 | $145,787.50 |
| **Total Receipts** | $19,162.51 | $166,348.45 |
| | | |
| Total Household Disbursements | $5,687.77 | $19,717.50 |
| Total Business Disbursements | $41,911.60 | $136,726.09 |
| **Total Disbursements** | $47,599.37 | $156,443.59 |
| | | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | ($28,436.86) | $9,904.86 |
| | | |
| CASH- End of Month (Individual) | $1,043.45 | $1,043.45 |
| CASH- End of Month (Business) | $8,781.96 | $8,781.96 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | $47,599.37 | $156,443.59 |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | $5,000.00 | $19,936.44 |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | $42,599.37 | $136,507.15 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This __30TH__ day of __JULY__ 20__10__.

_____
Debtor's Signature

Monthly Operating Report - Indivdual

# SCHEDULE OF HOUSEHOLD
# CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month JUNE | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | $1,106.71 | $200.00 |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | $5,624.51 | $20,560.95 |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| | | |
| **TOTAL RECEIPTS** | $5,624.51 | $20,560.95 |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | 250.00 |
| Bank Charges | 10.00 | 64.91 |
| Charitable Contributions | | |
| Gifts | | |
| Household Expenses/Food/Clothing | 2,057.63 | 6,350.65 |
| Household Repairs & Maintenance | | 187.69 |
| Insurance | | |
| IRA Contribution | | |
| Laundry | 148.41 | 445.52 |
| Lease/Rent Payments | | |
| Medical/Dental Payments | 39.08 | 94.92 |
| Mortgage Payment(s) | 1,713.32 | 5,139.96 |
| Maintenance Fee | 197.00 | 479.82 |
| Miscellaneous | 553.00 | 1,353.39 |
| Other Secured Payments | | |
| Office Supplies | 111.08 | 329.14 |
| Student Loans | 116.00 | 116.00 |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | | |
| Tuition/Education | | 2,684.94 |
| Postage | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 669.23 | 1,512.39 |
| Vehicle Expenses | 73.02 | 283.17 |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | | 325.00 |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) | | 100.00 |
| | | |
| | | |
| | | |
| **Total Household Disbursements** | $5,687.77 | $19,717.50 |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement- Attachment No. 2) | $1,043.45 | $1,043.45 |

# SCHEDULE OF BUSINESS
# CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month<br>JUNE | Cumulative<br>Total |
|---|---|---|
| **CASH** - Beginning of Month | $37,155.56 | ($279.45) |
|  |  |  |
| **BUSINESS CASH RECEIPTS** |  |  |
| Cash Sales |  | $14,385.00 |
| Account Receivable Collection | $13,538.00 | 140,103.50 |
| Loans/Borrowing from Outside Sources (attach list to this report) |  |  |
| Rental Income |  |  |
| Sale of Business Assets (attach list to this report) |  |  |
| Other (specify) (attach list to this report) |  | (8,701.00) |
|  |  |  |
| **Total Business Receipts** | $13,538.00 | $145,787.50 |
|  |  |  |
| **BUSINESS CASH DISBURSEMENTS** |  |  |
| Net Payroll (Excluding Self) |  |  |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | $5,624.51 | $20,516.04 |
| Telephone | $538.59 | $2,058.53 |
| Taxes - Payroll |  |  |
| Taxes - Sales |  |  |
| Taxes Other (attach schedule) | 4,377.60 | 8,433.57 |
| Contract Labor (Subcontractors) | 20,405.40 | 76,306.35 |
| Inventory Purchases |  |  |
| Interest |  | 94.45 |
| Secured/Lease Payments (Business) | 2,208.00 | 6,574.61 |
| Account Payable-In Business |  | 200.00 |
| Utilities (Business) | 155.63 | 355.63 |
| U. S. Trustee Fee |  | 325.00 |
| Insurance |  | 819.22 |
| Group Insurance | 275.00 | 1,311.00 |
| Vehicle Expenses | 919.04 | 1,756.18 |
| Travel & Entertainment | 2,213.91 | 2,622.51 |
| Repairs and Maintenance | 496.33 | 2,001.32 |
| Supplies | 826.67 | 3,214.76 |
| Horses Food | 540.00 | 1,401.10 |
| Storage Rental | 542.75 | 1,314.25 |
| Charitable Contributions/Gifts |  |  |
| Purchase of Fixed Assets |  |  |
| Advertising |  | 70.00 |
| Bank Charges | 10.00 | 151.58 |
| Other (attach schedule)-seminars expenses | 2,778.17 | 7,199.99 |
|  |  |  |
| **Total Business Disbursements** | $41,911.60 | $136,726.09 |
|  |  |  |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | $8,781.96 | $8,781.96 |

**MONTHLY OPERATING REPORT - INDIVDUAL**  <span style="float:right">**ATTACHMENT NO. 1**</span>

| QUESTIONNAIRE | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account? | | X |
| 3. | Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. | Have any post-petition loans been received by the debtor from any party? | | X |
| 6. | Are any post-petition payroll taxes past due? | | X |
| 7. | Are any post-petition state or federal income taxes past due? | | X |
| 8. | Are any post-petition state or local sales taxes past due? | | X |
| 9. | Are any post-petition real estate taxes past due? | | X |
| 10. | Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. | Are any wage payments past due? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. | Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY    and    CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| COMMERCIAL GENERAL LIABILITY | 8/12/2009 TO 8/12/2010 | PAID | 0 |
| | | | |
| | | | |
| | | | |

____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: __FILED_____

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | PRE-PETITION Account #1 | OPERATING Account #2 | TAXES Account #3 | OPERATING Account #4 | Account #5 |
|---|---|---|---|---|---|
| **Name of Bank:** | DORAL BANK | FIRSTBANK | FIRSTBANK | FIRSTBANK | CASH ON HAND |
| **Account Number:** | #85132 | #0806 | #0817 | #0828 | N/A |
| **Purpose of Account (Business/Personal)** | BUSINESS | BUSINESS | BUSINESS | PERSONAL | BUSINESS |
| **Type of Account (e.g. checking)** | CHECKING | CHECKING | CHECKING | CHECKING | N/A |
| 1. **Balance per Bank Statement** | ($423.34) | $21,690.54 | $506.60 | $1,043.45 | $266.19 |
| 2. **ADD**: Deposits not credited (attach list to this report) | | | | | |
| 3. **SUBTRACT**: Outstanding Checks (attach list) | | ($13,258.03) | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | | |
| 5. **Month End Balance** (Must Agree with Books) | ($423.34) | $8,432.51 | $506.60 | $1,043.45 | $266.19 |
| TOTAL OF ALL ACCOUNTS | | | | | $9,825.41 |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3A**

**CASH DISBURSEMENTS DETAILS - HOUSEHOLD**

3A

| Name of Bank | FIRSTBANK |
|---|---|
| Account Number | 10-09000828 |
| Purpose of Account (Personal) | PERSONAL |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| DB600 | 6/1/10 | ATH | MISCELLANEOUS | 401.50 |
| DB601 | 6/1/10 | ATH | MISCELLANEOUS | 151.50 |
| DB602 | 6/1/10 | WALMART | FOOD | 104.45 |
| DB603 | 6/1/10 | WALMART | FOOD | 7.49 |
| DB604 | 6/1/10 | PRODUCCIONES GURABO | | 62.17 |
| DB605 | 6/2/10 | FAZAA FOOD | FOOD | 8.45 |
| DB606 | 6/3/10 | RALPHS FOOD | FOOD | 60.91 |
| DB607 | 6/7/10 | FOTO HEAVY | | 35.00 |
| DB608 | 6/7/10 | SUPERMERCADO AMIGO | FOOD | 31.62 |
| DB609 | 6/8/10 | WALMART | FOOD | 82.09 |
| DB610 | 6/14/10 | WALMART | FOOD | 290.64 |
| DB611 | 6/14/10 | WALMART | FOOD | 162.83 |
| DB612 | 6/14/10 | WALMART | FOOD | 103.00 |
| DB613 | 6/14/10 | KFC | FOOD | 17.11 |
| DB614 | 6/14/10 | SUBWAY | FOOD | 17.10 |
| DB615 | 6/14/10 | SUBWAY | FOOD | 14.22 |
| DB616 | 6/14/10 | BORDERS | BOOKS | 13.91 |
| DB617 | 6/14/10 | SABOR A KAND | FOOD | 3.14 |
| DB618 | 6/16/10 | SABOR A KAND | FOOD | 2.55 |
| DB619 | 6/18/10 | WALMART | FOOD | 57.22 |
| DB620 | 6/18/10 | TOTAL | GAS | 41.77 |
| DB621 | 6/18/10 | WASH WEAR | LAUNDRY | 16.59 |
| DB622 | 6/18/10 | WALMART | FOOD | 159.57 |
| DB623 | 6/21/10 | POLLO TROPICAL | FOOD | 8.54 |
| DB624 | 6/21/10 | RESTAURANT | FOOD | 38.00 |
| DB625 | 6/22/10 | PANADERIA | FOOD | 7.42 |
| DB626 | 6/22/10 | AAA | UTILITIES | 77.80 |
| DB627 | 6/23/10 | WASH WEAR | LAUNDRY | 131.82 |
| DB628 | 6/23/10 | WALGREEN | MEDICAL MISC | 39.08 |
| DB629 | 6/23/10 | SUBWAY | FOOD | 9.63 |
| 114 | 6/24/10 | LIBERTY CABLE | UTILITIES | 205.10 |
| 116 | 6/24/10 | NEW YORK STATE HIGHER EDUCATION | STUDENT LOAN | 116.00 |
| 117 | 6/24/10 | PREFERRED HOME | MAINTENANCE FEE | 197.00 |
| 118 | 6/24/10 | AEE | UTILITIES | 386.33 |
| 119 | 6/24/10 | DORAL MORTGAGE | MORTGAGE PAYMENT | 1,713.32 |
| DB630 | 6/24/10 | LISSYS BBQ | FOOD | 18.03 |
| DB631 | 6/25/10 | WALMART | FOOD | 49.99 |
| DB632 | 6/25/10 | SUPERMERCADO AMIGO | FOOD | 44.83 |
| DB633 | 6/28/10 | RESTAURANT | FOOD | 40.50 |
| DB634 | 6/28/10 | SHELL | GAS | 31.25 |
| DB635 | 6/28/10 | RESTAURANT | FOOD | 14.00 |
| DB636 | 6/28/10 | POLLO TROPICAL | FOOD | 13.46 |
| DB637 | 6/28/10 | PANADERIA | FOOD | 12.25 |
| DB638 | 6/28/10 | SALLIE MAE SERVICING CORP. | STUDENT LOAN | 502.97 |
| DB639 | 6/28/10 | WALMART | FOOD | 54.08 |
| | | | | $5,556.23 |

**MONTHLY OPERATING REPORT - INDIVIDUAL**                                                 **ATTACHMENT NO. 3B**

**CASH DISBURSEMENTS DETAILS - BUSINESS**

3B

| Name of Bank | FIRSTBANK |
|---|---|
| Account Number | #0806 |
| Purpose of Account (Business) | OPERATING-BUSINESS |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 140 | 6/1/10 | LUIS LOPEZ | | 700.00 |
| 141 | 6/1/10 | MIGXENIA MALDONADO | | 1,000.00 |
| 146 | 6/1/10 | UNLIMITED STORAGE | | 181.90 |
| 149 | 6/1/10 | EMAQNUEL DIAZ COLON | | 170.00 |
| 155 | 6/1/10 | EMAQNUEL DIAZ COLON | | 50.00 |
| 156 | 6/1/10 | EMAQNUEL DIAZ COLON | | 293.40 |
| 157 | 6/1/10 | RAFAEL TELIX | | 250.00 |
| 158 | 6/1/10 | CARMEN M. MARQUEZ | | 40.00 |
| 159 | 6/1/10 | EMAQNUEL DIAZ COLON | | 74.00 |
| 161 | 6/1/10 | GILBERTO MARQUEZ | | 140.00 |
| DD600 | 6/1/10 | WASH & WEAR LAUNDRY | | 276.06 |
| DD601 | 6/1/10 | BEST BUY | | 173.32 |
| DD602 | 6/1/10 | RALPHS WAREHOUSE | | 151.60 |
| DD603 | 6/1/10 | CAFE VIEJO SAN JUAN | | 100.00 |
| DD604 | 6/1/10 | SUPERMERCADO GRANDE | | 69.00 |
| DD605 | 6/1/10 | ATH | | 40.00 |
| DD606 | 6/1/10 | TOTAL | | 40.00 |
| DD607 | 6/1/10 | TOTAL | | 20.69 |
| DD608 | 6/1/10 | TOTAL | | 20.69 |
| DD609 | 6/1/10 | RALPHS WAREHOUSE | | 17.41 |
| DD610 | 6/1/10 | WALMART SUPERCENTER | | 9.20 |
| DD611 | 6/1/10 | SABOR A KAND SAN JUAN | | 3.75 |
| DD612 | 6/2/10 | TEXACO | | 30.00 |
| DD613 | 6/2/10 | LUNA COFFEE | | 29.48 |
| DD614 | 6/2/10 | PRODUCCIONES GURABO | | 7.83 |
| DD615 | 6/7/10 | AUTO EXPRESO | | 100.00 |
| DD616 | 6/7/10 | TOTAL | | 42.80 |
| DD617 | 6/7/10 | ROGELIO SERVICE STA | | 30.00 |
| DD618 | 6/7/10 | SABOR A KAND | | 5.96 |
| DD619 | 6/7/10 | AGROCENTRO SOLA | | 94.00 |
| DD620 | 6/10/10 | CENTRO COPIAS EQUS | | 211.60 |
| DD621 | 6/10/10 | OFFICE DEPOT | | 85.33 |
| DD622 | 6/10/10 | TOTAL | | 40.00 |
| DD623 | 6/11/10 | EL MESSON | | 7.21 |
| DD624 | 6/11/10 | TRANSFERENCIA 0828 | | 500.00 |
| DD625 | 6/11/10 | TRANSFERENCIA 0828 | | 500.00 |
| 162 | 6/12/10 | EMAQNUEL DIAZ COLON | | 250.00 |
| 163 | 6/12/10 | CLAUDIO ADAM | | 400.00 |
| 164 | 6/12/10 | OSCAR RIOS DE LEON | | 1,160.00 |
| 165 | 6/12/10 | JOSE VARGAS | | 120.00 |
| 166 | 6/12/10 | EDGARDO DIAZ | | 150.00 |
| 167 | 6/12/10 | KERVIN DELGADO | | 350.00 |
| 168 | 6/12/10 | POPULAR MORTGAGE | | 1,699.77 |
| DD626 | 6/14/10 | WALMART SUPERCENTER | | 133.14 |
| DD627 | 6/14/10 | MARTINS BBQ | | 103.68 |
| DD628 | 6/14/10 | TOTAL | | 39.48 |
| DD629 | 6/14/10 | LISSY BBQ | | 16.42 |
| DD630 | 6/14/10 | TOTAL | | 14.31 |
| DD631 | 6/15/10 | TOTAL | | 30.00 |
| DD632 | 6/15/10 | CENTRO COPIAS EQUS | | 200.26 |

**MONTHLY OPERATING REPORT - INDIVIDUAL**  **ATTACHMENT NO. 3B**

| | | | | |
|---|---|---|---|---:|
| DD633 | 6/15/10 | PORTENO ??? | | 150.00 |
| DD653 | 6/16/10 | SABOR A KAND | | 3.14 |
| DD634 | 6/17/10 | TOTAL | | 50.00 |
| DD635 | 6/17/10 | SABOR A KAND | | 6.41 |
| 169 | 6/18/10 | AAA MINI ALMACENES | | 175.85 |
| 170 | 6/18/10 | UNLIMITED STORAGE | | 185.00 |
| 171 | 6/18/10 | TOYOTA FINANCIAL SERVICES | | 508.23 |
| 172 | 6/18/10 | FIRST MEDICAL HEALTH PLAN | | 259.00 |
| 173 | 6/18/10 | UNITED STATE TREASURY | | 2,650.00 |
| 174 | 6/18/10 | EMAQNUEL DIAZ COLON | | 150.00 |
| 175 | 6/18/10 | LILIAN F. JIMENEZ | | 5,766.00 |
| 176 | 6/18/10 | MIGXENIA MALDONADO | | 965.00 |
| 177 | 6/18/10 | SGLOBAL ES INC ??????? | | 5,000.00 |
| 178 | 6/18/10 | UNIVERSAL INSURANCE | | 16.00 |
| DD636 | 6/18/10 | AUTO EXPRESO | | 100.00 |
| 181 | 6/21/10 | EMAQNUEL DIAZ COLON | | 80.00 |
| DD637 | 6/21/10 | AGROCENTRO SOLA | | 354.00 |
| DD638 | 6/21/10 | TIME TO RUM ??? | | 198.97 |
| DD639 | 6/21/10 | OFFICE DEPOT | | 139.53 |
| DD640 | 6/21/10 | AGROCENTRO SOLA | | 56.00 |
| DD641 | 6/21/10 | TOTAL | | 30.00 |
| DD642 | 6/21/10 | REFRICENTRO | | 26.33 |
| DD643 | 6/21/10 | OFFICE DEPOT | | 8.80 |
| DD644 | 6/21/10 | TRANSFERENCIA 0828 | | 2,000.00 |
| DD645 | 6/21/10 | TRANSFERENCIA 0828 | | 2,000.00 |
| DD646 | 6/21/10 | TRANSFERENCIA | | 469.00 |
| DD647 | 6/21/10 | AT&T | | 428.88 |
| DD648 | 6/22/10 | SHELL | | 40.00 |
| DD649 | 6/22/10 | ROGELIO SERVICE STA | | 40.00 |
| DD650 | 6/22/10 | AAA | | 155.63 |
| DD651 | 6/22/10 | SPRINT | | 95.85 |
| DD652 | 6/22/10 | BABY BULL | | 30.98 |
| 180 | 6/23/10 | LUIS MUNDO | | 1,000.00 |
| 182 | 6/23/10 | GR PREMIER SERVICES ??? | | 400.00 |
| DD654 | 6/23/10 | BONILLA TRAVEL | | 1,376.64 |
| DD655 | 6/24/10 | TEXACO | | 16.07 |
| DD656 | 6/24/10 | COUNTRY YARD | | 207.18 |
| 183 | 6/25/10 | EMAQNUEL DIAZ COLON | | 177.00 |
| 184 | 6/25/10 | AMILCAR SOLA | | 250.00 |
| 187 | 6/25/10 | EMAQNUEL DIAZ COLON | | 180.00 |
| DD657 | 6/25/10 | RALPHS WAREHOUSE | | 204.86 |
| DD658 | 6/25/10 | TOTAL | | 40.00 |
| DD659 | 6/25/10 | AGROCENTRO SOLA | | 36.00 |
| DD660 | 6/28/10 | WALMART SUPERCENTER | | 20.86 |
| 193 | 6/29/10 | OSCAR RIOS DE LEON | | 1,800.00 |
| DD661 | 6/29/10 | WALMART SUPERCENTER | | 503.00 |
| DD662 | 6/29/10 | MAYAGUEZ RESTAURANT | | 280.21 |
| DD663 | 6/29/10 | TOTAL | | 40.00 |
| DD664 | 6/29/10 | TOTAL | | 37.48 |
| DD665 | 6/29/10 | HOTEL HATILLO | | 5.83 |
| DD666 | 6/30/10 | WALMART SUPERCENTER | | 703.00 |
| DD667 | 6/30/10 | ATH | | 101.50 |
| DD668 | 6/30/10 | RESTAURANT CABO ROJO | | 37.45 |
| DD669 | 6/30/10 | TOTAL | | 30.95 |
| | | | TOTAL | 39,758.92 |

**MONTHLY OPERATING REPORT - INDIVIDUAL**  ATTACHMENT NO. 3C

**CASH DISBURSEMENTS DETAILS - BUSINESS**

3C

| Name of Bank | CASH ON HAND |
|---|---|
| Account Number | N/A |
| Purpose of Account (Business) | BUSINESS |
| Type of Account (e.g., Checking) | N/A |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| K-7 | 6/10/10 | HACIENDA SAN JOSE TIENDITA | MISCELLANEOUS | 25.05 |
| K-8 | 6/10/10 | HACIENDA SAN JOSE TIENDITA | MISCELLANEOUS | 13.22 |
| K-9 | 6/10/10 | PAGO / MALETAS VIAJE REP. DOM. | TRAVEL | 20.00 |
| K-10 | 6/10/10 | SUNGLASS HUT | MISCELLANEOUS | 85.55 |
| K-11 | 6/10/10 | BORDERS BOOK & MUSIC | MISCELLANEOUS | 12.83 |
| K-12 | 6/10/10 | PARKING TGA | PARKING | 2.50 |
| K-13 | 6/10/10 | TOTAL | GAS | 1.09 |
| K-14 | 6/10/10 | TOTAL | GAS | 6.54 |
| K-15 | 6/15/10 | PEAJE | TOLL | 3.00 |
| K-16 | 6/15/10 | TOTAL | GAS | 21.39 |
| K-17 | 6/15/10 | PARKING | PARKING | 1.75 |
| K-18 | 6/15/10 | CARMELITOS TIRE CENTER | TIRES | 42.80 |
| K-19 | 6/15/10 | STARBUCKS COFFEE | FOOD | 5.77 |
| K-20 | 6/15/10 | SUBWAY | FOOD | 7.06 |
| K-21 | 6/15/10 | SUPERMERCADO MAUNABO | FOOD | 9.30 |
| K-22 | 6/15/10 | FAZAA FOOD SERVICE | FOOD | 6.90 |
| K-23 | 6/16/10 | SUBWAY | FOOD | 19.80 |
| K-24 | 6/16/10 | LOS GORDITOS | FOOD | 2.41 |
| K-25 | 6/16/10 | LOS GORDITOS | FOOD | 2.41 |
| K-26 | 6/16/10 | SUBWAY | FOOD | 13.69 |
| K-27 | 6/16/10 | BANANA MARRIOTT COURTYARD | ENTERTAINMENT | 6.42 |
| K-28 | 6/21/10 | LUNA COFFEE | FOOD | 14.86 |
| K-29 | 6/21/10 | EL BUEN CAFE | FOOD | 8.24 |
| K-30 | 6/21/10 | DELI CUSINE | FOOD | 8.78 |
| K-31 | 6/22/10 | WENDYS | FOOD | 3.72 |
| K-32 | 6/22/10 | DELI CUSINE | FOOD | 20.42 |
| K-33 | 6/22/10 | COMMUIKART INC. | TELEPHONE | 13.86 |
| K-34 | 6/22/10 | FOOT LOCKER | CLOTHING | 139.10 |
| K-35 | 6/22/10 | WALMART SUPERCENTER | FOOD | 7.26 |
| K-36 | 6/22/10 | SUNNY PLANET | MISCELLANEOUS | 47.08 |
| K-37 | 6/22/10 | WALMART SUPERCENTER | FOOD | 221.07 |
| K-38 | 6/22/10 | HOT TOPIC | CLOTHING | 42.80 |
| K-39 | 6/22/10 | THE MUSIC STORE | MISCELLANEOUS | 12.79 |
| K-40 | 6/22/10 | CHAMPS | CLOTHING | 17.12 |
| K-41 | 6/22/10 | DISCOTECA BRAVA | ENTERTAINMENT | 10.00 |
| K-42 | 6/22/10 | PEAJE | TOLL | 7.50 |
| | | | **TOTAL** | **$884.08** |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Bank | FIRSTBANK |
|---|---|
| Account Number | 1009000817 |
| Purpose of Account (Business) | BUSINESS-TAXES |
| Type of Account (e.g., Checking) | CHECKING |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| DD | 6/9/2010 | SECRETARIO DE HACIENDA | 7% TAX WITHHELD | 1,727.60 |
| | | BANK CHARGES | | 10.00 |
| TOTAL | | | | $1,737.60 |

MONTHLY OPERATING REPORT - INDIVIDUAL

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month JUNE |
|---|---|---|
| Accounts Receivable Beginning Balance | $50,750.00 | $35,000.00 |
| Plus: Billings During the Month | 0.00 | 41,950.00 |
| Less: Collections During the Month | 0.00 | 13,500.00 |
| Adjustments or WriteOffs* | 0.00 | |
| Accounts Receivable Ending Balance** | $50,750.00 | $63,450.00 |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month JUNE |
|---|---|---|
| 0 - 30 Days | 44,100.00 | 56,600.00 |
| 31 - 60 Days | 1,500.00 | 0.00 |
| 61 - 90 Days | 0.00 | 1,250.00 |
| Over 90 Days | 5,150.00 | 5,600.00 |
| | | |
| **Total Accounts Receivable**** | $50,750.00 | $63,450.00 |

\* Attach explanation of any adjustment or writeoff.

\*\* The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| **Federal Taxes** | 0.00 | 0.00 |
| Withholding** | 0.00 | 0.00 |
| FICA - Employee | 0.00 | 0.00 |
| FICA - Employer | 0.00 | 0.00 |
| Unemployment | 0.00 | 0.00 |
| Income | 0.00 | 0.00 |
| Other (Attach List) | 0.00 | 0.00 |
| **Total Federal Taxes** | 0.00 | 0.00 |
| | | |
| **State & Local Taxes** | | |
| Withholding | 0.00 | 0.00 |
| Sales | 0.00 | 0.00 |
| Unemployment | 0.00 | 0.00 |
| Real Property | 0.00 | 0.00 |
| Personal Property | 0.00 | 0.00 |
| Other (Attach List) (7%) | $0.00 | $787.50 |
| **Total State & Local Taxes** | $0.00 | $787.50 |
| **Total Post-Petition Taxes** | $0.00 | $787.50 |

\* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

\*\* Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

MONTHLY OPERATING REPORT - INDIVIDUAL                                           ATTACHMENT NO. 5

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | Month | Month | Month |
| | APRIL | MAY | JUNE |
| **Accounts Payable Beginning Balance*** | 0.00 | $51,413.00 | $200.00 |
| Plus: New Indebtedness During the Month | $51,413.00 | 200.00 | 4,400.00 |
| Less: Amount Paid on Acct. Payables in Month | 0.00 | 51,413.00 | 200.00 |
| Adjustments or WriteOffs** | 0.00 | 0.00 | |
| **Accounts Payable Ending Balance** | $51,413.00 | $200.00 | $4,400.00 |

\* The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
\*\*Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]\*\*\* | | | |
| **Vendor & Description of Bill/Invoice** | **Date Incurred** | **Days Outstanding** | **Amount** |
| ALEXANDRA FUENTES | JUNE | 20 | $1,600.00 |
| OSCAR RIOS DE LEON | JUNE | 20 | 2,800.00 |
| | | | |
| | | | $4,400.00 |

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| **Name of Secured Creditor / Lessor** | **Scheduled Monthly Payment Due** | **Total Past Due From Prior Month(s)** | **Amount Paid During Month** | **Total Unpaid Postpetition** | **Total Number of Payments Past Due** |
| TOYOTA CREDIT | $508.23 | $0.00 | $508.23 | $0.00 | 0 |
| POPULAR MORTGAGE | $1,699.77 | $0.00 | $1,699.77 | $0.00 | 0 |
| DORAL MORTGAGE | $1,713.32 | $0.00 | $1,713.32 | $0.00 | 0 |