# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

In re

EDMUNDO JIMENEZ
& WANDA SOLER

Debtor

CASE NO. 10-2205 SEK

Chapter 11

## MOTION SUBMITTING APPLICATION FOR
## COMPENSATION FOR ACCOUNTANT

TO THE HONORABLE COURT:

Attached herewith debtor is submitting the first application for allowance of compensation for the accounting firm of JM Consulting Services Inc., and Notice thereof.

**WHEREFORE**, it is respectfully requested that, after Notice and a hearing (if needed), the application be Approved.

NOTICE OF RESPONSE TIME – LBR 9013-1(h). Within 21 days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

### CERTIFICATE OF SERVICE

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Assistant US Trustee, and all participants of CM/ECF. Also, on this same date, a copy of this application was sent to the US Trustee's Office, Ochoa Bldg., Room 301, 500 Tanca Street, San Juan, Puerto Rico, and that a notice of this application was mailed to all parties in interest as per the court's master address list attached to the original of the Notice filed with the court. Those parties that wish to examine the Application may access the same from the court's web page (https://ecf.prb.uscourts.gov), or request a copy from the undersigned.