### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF PUERTO RICO

In re

EDMUNDO JIMENEZ & WANDA SOLER

Debtor

CASE NO. 10-2205 SEK

Chapter 11

### APPLICATION OF EDGARDO MUÑOZ, PSC
### AS ATTORNEYS FOR debtors
### FOR ALLOWANCE OF FEES AND EXPENSES
### (COMPENSATION –  PERIOD: 2/1/2010– 9/9/2010)

The law firm of **EDGARDO MUÑOZ, PSC**, ("Applicant" or the "Firm"), counsel for **debtors**("DIP"), makes its First Application for allowance of fees and reimbursement of expenses for the period of  2/1/2010– 9/9/2010 (the "Application"):

1.   This Case began with the filing of a chapter 11 voluntary petition under Title 11 of the United States Code, 11 U.S.C. § 101, et seq., (the "Bankruptcy Code") by the Debtors on 3/23/2010.

2.   From case filing through this date the Debtor has operated its business as Debtor-in-Possession.

3. No Creditors Committee has been appointment.

4. On 3/30/2010, debtors filed the Application for Approval of Employment of EDGARDO MUÑOZ, PSC as its Attorney (docket no.8, 31)]. A copy of the Application for Employment of Attorney is attached as **Exhibit "A"**.

5. On 6/16/2010, this Court approved the employment of the Firm.  (docket no. 44).  A copy of the Order is attached as **Exhibit "B"**.

6.  The Firm has rendered the services for which it was engaged during the period covered